

NUMBER 13-11-00098-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JDS CONSTRUCTION CO., INC. AND
GREAT AMERICAN INSURANCE COMPANY,                    Appellants,

v.

BORDER STATES ELECTRIC SUPPLY OF TEXAS, INC.,          Appellee.

On appeal from the 445th District Court
of Cameron County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Benavides
Memorandum Opinion Per Curiam**

Appellants, JDS Construction Company, Inc. and Great American Insurance Company, filed an appeal from a judgment entered by the 445th District Court of Cameron County, Texas, in cause number 2009-01-0182-I. Appellants have filed a motion to dismiss the appeal on grounds that the parties have reached an agreement to

settle and compromise their differences. Appellants request that this Court dismiss the appeal.

The Court, having considered the documents on file and appellants' motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
21st day of April, 2011.